IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| T-Mobile West Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Michael M. Crow, et al.,<br><br>　　　　Defendants. | No. CV08-01337-PHX-NVW<br><br>**ORDER** |

Before the Court is the "Unopposed Joint Motion of T-Mobile and NextG to Vacate December 17, 2009 Order (Doc. 128)" (Doc. 183). The Motion will be denied for failure to satisfy Fed. R. Civ. P. 60(b) and for the policy reasons discussed in *U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship*, 513 U.S. 18, 27–29 (1994). The Court does not know whether the parties' settlement is contingent upon vacating the December 17, 2009 order, but the order will not be vacated in any event. Oral argument on the pending motions for summary judgment will be reset to March 28, 2011, at 2:00 p.m. If the parties submit final dismissal documents before then, the case will be dismissed. If not, the hearing will proceed and the Court will rule on all pending motions by March 31, 2011.

IT IS THEREFORE ORDERED that the "Unopposed Joint Motion of T-Mobile and NextG to Vacate December 17, 2009 Order (Doc. 128)" (Doc. 183) is DENIED.

IT IS FURTHER ORDERED setting oral argument on the Motions for Summary Judgment (Doc. 161, 163) on March 28, 2011, at 2:30 p.m., without prejudice to the parties filing stipulated dismissal documents before then.

DATED this 14th day of March, 2011.

*Neil V. Wake*
Neil V. Wake
United States District Judge